No. 79–5319. GIBSON v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 79–5320. KELLY v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 79–5375. MADDEN v. GARRISON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 79–5378. LONG v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 79–5379. LINGERFELT v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 79–5382. CONSALVO v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 79–5387. DIXON v. REDMAN, CORRECTIONAL SUPERINTENDENT, ET AL. C. A. 3d Cir. Certiorari denied.

No. 79–5389. SOLOMON v. JOLLIFFE. Sup. Ct. App. W. Va. Certiorari denied.

No. 79–5397. NAGEL v. OREGON. Ct. App. Ore. Certiorari denied.

No. 79–5398. GEORGE v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 79–5399. TORGERSON v. McCLAY. C. A. 2d Cir. Certiorari denied.

No. 79–5402. MORALES-ALVIRA v. SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 1st Cir. Certiorari denied.

No. 79–5403. FLORENCE v. GEORGIA. Sup. Ct. Ga. Certiorari denied.